**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-421-553**
Effective Date of Registration:
August 09, 2024
Registration Decision Date:
November 08, 2024

## Title
    **Title of Work:** Mordrake Skull and Bone Hairpin

## Completion/Publication
    **Year of Completion:** 2020
    **Date of 1st Publication:** September 25, 2020
    **Nation of 1st Publication:** United States

## Author
    • **Author:** Gabby Leithsceal
    **Author Created:** jewelry design
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Gabby Leithsceal
    P.O. Box 313, Loveland, OH, 45140, United States

## Certification
    **Name:** Daniel Lachman
    **Date:** August 09, 2024

    **Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1