AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:25-cv-14854 | DATE FILED<br>12/10/2025 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Gabby Leithsceal | Partnerships and Unincorporated Associations Identified on Schedule A |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Q. Riddell | DATE<br>12/10/2025 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-553**
**Effective Date of Registration:**
August 09, 2024
**Registration Decision Date:**
November 08, 2024



## Title

| | |
|---|---|
| Title of Work: | Mordrake Skull and Bone Hairpin |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | September 25, 2020 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Gabby Leithsceal |
  | Author Created: | jewelry design |
  | Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Gabby Leithsceal |
| | P.O. Box 313, Loveland, OH, 45140, United States |

## Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | August 09, 2024 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |